**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

|  |  |
|---|---|
| KENNETH JAY FLYNN, | No. CV-26-255-GF-JTJ |
| Plaintiff, | |
| v. | |
| CALVIN CHRISTIAN, JOHN WURZ, DAVID A. HOFFER, DARRELL PETERSON, K. DALE SCHWANKEE, SAGE CREEK COLONY, HIDDEN VALLEY COLONY, INC., FORT BENTON REALTY, LLP, HAMILTON, MISFELDT & COMPANY, P.C., BKD LAW, PLLP, CHRISTIAN, SAMPSON, BASKETT, PHELAN & BELL, PLLC, PETERSON, PETERSON & SHORS, P.C., JARDIN, STEPHENSON, BLEWETT & WEAVER, P.C., SJS PROPERTIES, LLC, DR. MARK SANZ, AMERICAN WIND & WHEAT FARMS LLC, GEORGE POWER, FIDELITY NATIONAL TITLE COMPANY, AND JENNIFER GIOIA, | **ORDER** |
| Defendants. | |

On May 14, 2026, Plaintiff Kenneth Jay Flynn ("Flynn") filed a "Motion for Appointment of Co-Counsel in the Interest of Justice." (Doc. 5). Civil litigants do not have a Sixth Amendment right to appointed counsel. *Campbell v. Burt,* 141 F.3d 927, 931 (9th Cir. 1998) (citing *Storseth v. Spellman*, 654 F.2d 1349, 1353 (9th Cir. 1981)).

1

In limited circumstances, the Court "may request an attorney to represent any person unable to afford counsel." 28 U.S.C. § 1915(e)(1). To warrant appointment of counsel under § 1915(e)(1), there must be a showing of "exceptional circumstances," which "requires an evaluation of both the likelihood of success on the merits and the ability of the [litigant] to articulate [her] claims pro se in light of the complexity of the legal issues involved." *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991) (internal citations omitted). The Court finds Flynn has not demonstrated exceptional circumstances warranting appointment of counsel.

Accordingly,

IT IS ORDERED that Flynn's Motion for Representation (Doc. 5) is DENIED.

DATED this 26th day of May 2026.

John Johnston
United States Magistrate Judge

2