# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

KENNETH JAY FLYNN,

               Plaintiff,

   vs.

MARK PYRAK, et al.,

               Defendant.

Cause No. CV-26-255-GF-BMM

**ORDER**

Kenneth Jay Flynn ("Flynn") filed this action on April 23, 2026. (Doc. 1.) Flynn filed a First Amended Complaint on May 14, 2026. (Doc. 4.) The Court allowed Flynn to file a Second Amended Complaint and provided additional time for Flynn to serve Defendants. (*See* Doc. 19.) The Court ordered that Flynn provide proof of service of the summons and complaint on all Defendants by August 6, 2026. (Doc. 31.) Flynn has represented that some of the Defendants have been served, but no notices of appearance have been made. (*See* Docs. 28 and 30.)

Flynn has also filed a Motion for a Temporary Restraining Order ("TRO"). (Doc. 21.) Flynn requests that the Court enjoin numerous Defendants from "executing, prosecuting, or maintaining any eviction, ejectment, lockout, or lease termination," blocking financial support Flynn receives from Audrey Flynn, and

1

selling Flynn's assets. (*Id*. at 2.) Flynn's allegations appear to stem from a buy-sell agreement executed in 2010. (Doc. 24.) The Court denies Flynn's Motion for a TRO. The Court cannot now retroactively stop Defendants from actions that occurred previously in 2010.

Accordingly, **IT IS ORDERED** that Flynn's Motion for a Temporary Restraining Order (Doc. 21) is **DENIED**.

DATED this 22nd day of July 2026.

_____
Brian Morris, Chief District Judge
United States District Court

2